# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BRENDA BLAND, | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO. 6:18-CV-635-JDK |
| | § |
| v. | § |
| | § |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

The Court having considered Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the decisions of the Commissioner of Social Security are **VACATED** and the case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for proceedings consistent with the opinion issued herewith. Any motion not previously ruled upon is **DENIED**.

**So ordered and signed on this**
**Sep 18, 2020**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE